**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 96-11169
Summary Calendar**

_____

**RICHARD WARE, III,**

**Plaintiff-Appellant,**

**versus**

**DALLAS COUNTY SHERIFF'S OFFICE,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court
for the Northern District of Texas
(3:95-CV-2417-P)**

_____

July 9, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of the briefs and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>AFFIRMED</u>.